UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SYLVESTER SAM DAVE,<br><br>          Defendant. | NO. CR-99-2067-EFS<br><br>**ORDER ENTERING COURT'S ORAL RULINGS FROM DECEMBER 16, 2009 HEARING** |
|---|---|

Before the Court is the Defendant's oral motion to dismiss the pending supervised release violation charges. Defendant represents that the underlying tribal court matters that form part of the basis for the alleged violations have been dismissed. However, the Court is not prepared to dismiss these charges unless the Government agrees, which it will not do.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's oral Motion to Dismiss Supervised Release Violation Charges is **DENIED.**

ORDER ~ 1

2. Defendant's December 16, 2009 supervised release violation hearing is **reset** to **9:00 a.m.** on **January 13, 2010**, in **Yakima**.

3. All materials for the supervised release violation hearing, including witness and exhibit lists, shall be filed **no later than January 4, 2010.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to all counsel and the U.S. Probation Office.

**DATED** this ___16th___ day of December 2009.


                s/Edward F. Shea
                EDWARD F. SHEA
           United States District Judge

Q:\Criminal\1999\2067.SRV.Continue.3.wpd

ORDER ~ 2