PROB 12C
(7/93)

Report Date: April 28, 2010

# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 28 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Sylvester Sam Dave          Case Number: 2:99CR02067-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 11/10/1999

Original Offense:     Crime on an Indian Reservation, Sexual Assault, 18 U.S.C. §§ 1153 and 2241(c)

Original Sentence:    Prison - 87 Months;          Type of Supervision: Supervised Release
                      TSR - 60 Months

Asst. U.S. Attorney:  Jane Kirk                    Date Supervision Commenced: 11/22/2009

Defense Attorney:     Diane E. Hehir               Date Supervision Expires: 2/15/2011

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 2, 2010.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On April 12, 2010, Mr. Dave was charged with controlled substance-possess no prescription in Yakima County Superior Court cause number 10-1-00563-9.<br><br>On April 27, 2010, a records check was conducted which revealed Mr. Dave was charged with controlled substance-possess no prescription on March, 18, 2010. According to the Yakima County Superior Court docket, charges were filed on April 12, 2010.<br><br>A police report has been requested. |
| 7 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On April 21, 2010, Mr. Dave was charged with possession of marijuana, Yakima County Municipal Court cause number G00071582. |

Prob12C
Re: Dave, Sylvester Sam
April 28, 2010
Page 2

On April 27, 2010, a records check was conducted which revealed Mr. Dave was charged with possession of marijuana on March, 18, 2010. According to the Yakima County Municipal Court docket, charges were filed on April 21, 2010. The defendant's next court hearing is set for April 29, 2010.

A police report has been requested.

8  **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

**Supporting Evidence**: Mr. Dave failed to report law enforcement contact to his probation officer within 72 hours of the above-noted alleged charges on March 18, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/28/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

4/28/10
Date