PROB 12C
(7/93)

Report Date: May 10, 2010

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 1 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sylvester Sam Dave          Case Number: 2:99CR02067-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 11/10/1999

Original Offense:      Crime on an Indian Reservation, Sexual Assault, 18 U.S.C. §§ 1153 and 2241(c)

Original Sentence:     Prison - 87 Months;          Type of Supervision: Supervised Release
                       TSR - 60 Months

Asst. U.S. Attorney:   Jane Kirk                 Date Supervision Commenced: 11/22/2009

Defense Attorney:      Diane E. Hehir            Date Supervision Expires: 2/15/2011

---

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 4/2/2010 and 4/28/2010.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 9 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Dave was charged with fourth degree assault/domestic violence on April 27, 2010, Yakima Municipal Court, case number G00070931.

On May 10, 2010, a records check was conducted which revealed that on April 28, 2010, Mr. Dave was charged with fourth degree assault/domestic violence. On May 4, 2010, the defendant was held in custody in lieu of $1,000 bail. Mr. Dave's next court hearing is scheduled for May 26, 2010. A police report has been requested.

Prob12C
**Re: Dave, Sylvester Sam**
**May 10, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     05/10/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Other

Signature of Judicial Officer

5/11/10

Date